IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHERYL CALDWELL, *Individually and on Behalf of All Others Similarly Situated*, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| REO CONTRACTORS, INC., et al., | )<br>) |
| Defendants. | )   Civil Action No. 3:17-CV-1552-C |

## ORDER

The Court, having considered Plaintiff's Motion to Compel, filed October 17, 2018, is of the opinion that the same should be **DENIED** for the reasons set forth in Defendants' Response. In particular, counsel's ultimatum in giving the Defendants less than a day to submit an amended discovery response and their failure to do so would result in the filing of a motion to compel leads the Court to conclude counsel has failed to abide by the good faith requirement imposed under *Dondi Properties Corp. v. Commerce Sav. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988).[1]

SO ORDERED this 8th day of November, 2018.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Defendants' Response indicates REO has submitted another FOIA request to the DOL requesting the investigative file. Accordingly, Defendants shall supplement their discovery responses in a timely manner once receiving a correspondence back from the DOL.